```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

PHIL BREDESEN, Governor of the     )
State of Tennessee,                )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )
                                   )
DONALD H. RUMSFELD, Secretary      )    No. 3:05-0640
of Defense of the United States,   )    JUDGE ECHOLS
ANTHONY J. PRINCIPI, Chairman      )
of the Defense Base Closure and    )
Realignment Commission; JAMES H.   )
BILBRAY; PHILLIP E. COYLE,         )
HAROLD W. GEHMAN, JR.; JAMES V.    )
HANSEN; JAMES T. HILL; LLOYD W.    )
NEWTON; SAMUEL K. SKINNER; and     )
SUE ELLEN TURNER, members of       )
the Defense Base Closure and      )
Realignment Commission,            )
                                   )
     Defendants.                   )

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff Phil Bredesen's Motion For A Temporary Restraining Order (Docket Entry No. 19) is hereby GRANTED.

(2) Pursuant to Federal Rule of Civil Procedure 65, and until further Order of this Court, Defendants Donald H. Rumsfeld, Secretary of Defense of the United States; Anthony J. Principi, Chairman of the Defense Base Closure and Realignment Commission; and James H. Bilbray, Phillip E. Coyle, Harold W. Gehman, Jr., James V. Hansen, James T. Hill, Lloyd W. Newton, Samuel K. Skinner,

and Sue Ellen Turner, members of the Defense Base Closure and Realignment Commission, and their officers, agents, servants, employees, attorneys and all other persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise are hereby temporarily restrained from transmitting a final report to the President of the United States no later than September 8, 2005, pursuant to the Base Closure and Realignment Act of 1990, as amended, that includes a recommendation to realign to other National Guard locations outside the State of Tennessee eight (8) C130 H2 aircraft, the Aero Medical Evacuation Squadron, and associated personnel and equipment of the Tennessee Air National Guard 118th Airlift Wing located at the Nashville International Airport Air Guard Station in Nashville, Tennessee, until the Court has ruled on any further request of the Plaintiff for preliminary or permanent injunctive relief.

(3) Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff Phil Bredesen shall not be required to post security for this Order.

IT IS SO ORDERED.

*[signature: Robert L. Echols]*

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

<u>9/7/05 at 3:52 p.m.</u>
Date and Time